# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEGGS,<br><br>                      Plaintiff,<br><br>v.<br><br>543 HOTEL CIRCLE SOUTH, LLC,<br><br>                      Defendant. | Case No.: 19-CV-1709 W (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

     Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 14] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

     Pursuant to the parties' consent in the joint motion, United States Magistrate Judge Mitchell D. Dembin shall retain jurisdiction for a period of 1 year over all disputes arising out of the settlement agreement, including interpretation and enforcement of the settlement agreement.

     **IT IS SO ORDERED**.

Dated: April 6, 2020

                                                          Hon. Thomas J. Whelan
                                                          United States District Judge